683 A.2d 873

**Pat C. TRUSIO, Appellant,**

v.

**Yvette KANE, Secretary of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 1996.

Decided Oct. 25, 1996.

Samuel J. Davis, John M. Purcell, Uniontown, for Pat C. Trusio.

Brian Gottlieb, Philadelphia, for Yvette Kane.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of October, 1996, the Order of the Commonwealth Court is AFFIRMED.